

EXHIBIT A



EXHIBIT A