United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 20, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-33416** |
| **PRATIK ASHOK GANDHI,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

**ORDER DENYING MOTION**

The matter before the Court is the Debtor's Motion to Enforce the Automatic Stay and for Sanctions for Violating the Automatic Stay (ECF No. 145). After review, the Motion is denied.

Under the Bankruptcy Local Rules BLR 9013-1(h), "each motion, application, objection, and response filed with the court must be accompanied by a proposed order." Here, the Debtor's Motion does not have a proposed order attached. This omission violates the Bankruptcy Local Rules.

Additionally, under Bankruptcy Local Rule 9013-1(f), when serving a pleading, "The serving party must file a certificate of service including the name and address of those served." Here, the instant Motion contains a certificate of service which states "the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases, at the time of filing on March 5, 2026." However, the certificate of service does not include a list of names and addresses of those served. When serving a motion by ECF, it is necessary to file a list of those served so the Court can ensure all interested parties are notified of the Motion. Failure to include the names and addresses of those served renders this Motion procedurally deficient.[1]

**THEREFORE, IT IS ORDERED** that the Debtor's Motion to Enforce the Automatic Stay and for Sanctions for Violating the Automatic Stay (ECF No. 145) is denied.

SIGNED 03/20/2026

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court encourages the debtor to file a certificate of service which includes but is not limited to all parties whom against the debtor is seeking relief. This may include parties not on currently on the mailing matrix.

1 / 1